22584. BUTTERS MANUFACTURING COMPANY *v.* STARKE.

BROYLES, C. J. This case is controlled by the decision in *Butters Manufacturing Co.* v. *Fraley*, ante, 712.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*